UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SUSAN EILEEN BLANCHARD,

    Plaintiff,

    v.

RONDA WRIGHT, *et al.*,

    Defendants.

NO. C18-1265RSL

ORDER TO SHOW CAUSE

This matter comes before the Court *sua sponte*. The case was filed by Susan Eileen Blanchard in order to stop the Internal Revenue Service from levying a bank account held in the name of The Four Maxims LLC. Plaintiff, proceeding pro se, alleges that she "is not the owner of the account but is a shareholder of the LLC." Dkt. # 4 at 2. Plaintiff does not allege any facts showing that she is authorized to act on behalf of the corporation and has not asserted any personal claims for relief.

"Corporations and other unincorporated associations must appear in court through an attorney." Licht v. Am. W. Airlines, 40 F.3d 1058, 1059 (9th Cir. 1994). See also LCR 83.2(b)(3) ("A business entity, except a sole proprietorship, must be represented by counsel."). Pleadings and papers filed by a non-attorney on behalf of a corporation or partnership are not valid. D-Beam Ltd. Partnership v. Roller Derby Skates, Inc., 366 F.3d 972, 974 n.1 (9th Cir. 2004). There is no indication that Ms. Blanchard is an attorney licensed to practice before this

ORDER TO SHOW CAUSE - 1

Court.

Ms. Blanchard is hereby ORDERED to SHOW CAUSE why the above-captioned matter should not be dismissed. Plaintiff may not pursue claims on behalf of The Four Maxims LLC unless and until she (a) alleges facts showing that the LLC has authorized her to act on its behalf and (b) obtains counsel to represent the corporation's interests. If Ms. Blanchard intends to seek relief on her own behalf, she must amend the complaint to make clear her interest in the bank account and to show that she has a plausible claim for individual relief in this litigation.

For all of the foregoing reasons, Ms. Blanchard is directed to file an amended complaint that remedies the deficiencies identified in this Order. If an adequate amended pleading is not filed by April 5, 2019, the above-captioned matter will be dismissed without prejudice. The Clerk of Court is directed to note this Order to Show Cause on the Court's calendar for Friday, April 5, 2019.

Dated this 12th day of March, 2019.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER TO SHOW CAUSE - 2