# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| SUSAN EILEEN BLANCHARD,<br><br>Plaintiff,<br><br>v.<br><br>RONDA WRIGHT, *et al.*,<br><br>Defendants. | NO. C18-1265RSL<br><br>ORDER OF DISMISSAL |

On March 12, 2019, the Court directed plaintiff to show cause why this matter should not be dismissed for failure to show that she is authorized to act on behalf of The Four Maxims LLC, for failure to associate counsel to represent that entity's interests, and/or for failure to seek relief on her own behalf. Plaintiff was warned that failure to timely file an amended complaint remedying the deficiencies identified by the Court would result in dismissal of the above-captioned matter without prejudice. No amended complaint or other response has been filed.

This matter is hereby DISMISSED without prejudice.

Dated this 15th day of April, 2019.

Robert S. Lasnik
United States District Judge

ORDER OF DISMISSAL - 1